**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

**In re Thomaston Mills, Inc.,**
**a Georgia Corporation,**

**Case No.** 01-52544

**Debtor**

**Chapter 11**

**LIST OF CREDITORS**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

**In re Thomaston Mills, Inc.,**
**a Georgia Corporation,**

**Debtor**

**Case No.** 01-52544

**Chapter 11**

**DECLARATION REGARDING LIST OF CREDITORS**

I, the Acting President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors and that it is true and correct to the best of my information and belief.

Date: June 18, 2001

Signature [signature]
A. William Ott, Acting President
and Chief Executive Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

3V Inc
P.O. Box 10281
Newark, NJ 07193-0281

A&L Industries
P.O. Box 17585
Atlanta, GA 30316

ADP Investor Communications
P.O. Box 23487
Newark, NJ 07189

A-1 Lone Star Fence Co., Inc.
P.O. Box 995
LaGrange, GA 30241

AAA Cooper Transportation
P.O. Box 6827
Dothan, AL 36302

AATCC
P.O. Box 12215
Research Triangle Park, NC 27709-2215

ABB Automation Service
P.O. Box 73639
Chicago, IL 60673-7639

Abbey Mec-Tric
P.O. Box 221918
Charlotte, NC 28222

ABCO Industries Ltd.
P.O. Box 75447
Charlotte, NC 28275-0447

ABF Freight Systems Inc.
P.O. Box 6067
N. Augusta, SC 29841

ABF Freight Systems, Inc.
711 Guy Paine Road
Macon, GA 31206

ACME Gear & Machine Co.
301 E. Hunting Park Avenue
Philadelphia, PA 19124

Adams Barfield Dunaway & Hankinson
P.O. Drawer 671
Thomaston, GA 30286

Thomas D. Adams, Jr.
P.O. Box 670
Thomaston, GA 30286

AFT International Freight Systems
149-09 183rd Street
Jamaica, NY 11413

Air Compressor Sales
P.O. Box 26099
Macon, GA 31221-6099

Air Filter & Equipment, Inc.
P.O. Box 241475
Charlotte, NC 28224

Air Filter Service Co.
P.O. Drawer 1813
Sumter, SC 29150

Airborne Express
P.O. Box 91001
Seattle, WA 98111

Airgas Carbonic Industries
Dept. 0822
P.O. Box 120001
Dallas, TX 75312-0822

Airguard Industries, Inc.
P.O. Box 530194
Atlanta, GA 30353-0194

AKAB of America, Inc.
P.O. Box 200061
Pittsburgh, PA 15251-0061

Akins Feed & Seed-Barnesville
P.O. Box 9
Barnesville, GA 30204

Alcon Tool Co.
587 Baird Street
Akron, OH 44311-1899

Alice Mills
1185 Avenue of the Americas
New York, NY 10036

Allenberg Cotton
P.O. Box 3254
Cordova, TN 38018-3254

Alltel (Wireless)
P.O. Box 8815
Little Rock, AR 72231-8815

Alltel, Inc.
P.O. Box 510
Thomaston, GA 30286

American & Efird Mills, Inc.
P.O. Box 60221
Charlotte, NC 28260

American Business Forms Inc.
Formerly (Southern System)
P.O. Box 1415
Minneapolis, MN 55480-1415

American Delta, Inc.
P.O. Box 6014
Dalton, GA 30722-6014

American Freightways
P.O. Box 840
Harrison, AR 72602-0840

American Industrial Chemical
P.O. Box 101390
Atlanta, GA 30392-1390

American Monforts Corp.
P.O. Box 26245
Charlotte, NC 28221

American Niagra
6750 Jones Court
Suite E
Norcross, GA 30092

American Piping Supply
P.O. Box 56201
Macon, GA 31208

American Technology Corp.
3 Space Drive
Taylors, SC 29687

AMITECH
P.O. Box 149
Oxford, NJ 07863

Analytical Standards, Inc.
123 Saginaw Avenue
Redwood City, CA 94063

Analytical Svcs, Inc.
110 Technology Parkway
Norcross, GA 30092

Appalachian Electronics
Instruments Inc.
P.O. Box 518
Ronceverte, WV 24970

Applied Automation Tech
P.O. Box 1238
Fortson, GA 31808

Applied Roller Technology, Inc.
P.O. Box 26825
Charlotte, NC 28221

Yvonne Armstrong
509 Jeff Davis Rd
Thomaston, GA 30286

Artcraft Photoprints, Inc.
60 W. 39th St.
New York, NY 10018

Ashland Chemical Co.
P.O. Box 101489
Atlanta, GA 30392-1489

Asheboro Elastic Corp (Factor)
U.S. Highway 64 East
Franklinville, NC 27248

Associated Systems Inc.
1425 N. Broadway
Wichita, KS 67214-1103

Astro American Chemical
P.O. Box 878
Fountain Inn, SC 29644

Atlanta Brush Co.
P.O. Box 48209
Atlanta, GA 30362

Atlantic Photographics, Inc.
P.O. Box 2553
1251 Surrett Dr.
High Point, NC 27261

Atlas Electric Devices Co.
P.O. Box 95664
Chicago, IL 60694

AT&T
P.O. Box 9001309
Louisville, KY 40290-1309

Attorneys At Law
577 Mulberry St. Suite 830
Macon, GA 31202-1777

Avaya, Inc.
P.O. Box 5332
New York, NY 10087-5332

Averitt Express Inc.
P.O. Box 102159
Atlanta, GA 30368-2159

Aztec Machinery Co.
P.O. Box 2069
960 Jacksonville Rd.
Ivyland, PA 18974

B&J Radiator & Welding
110 Church Street
Barnesville, GA 30204

Joshua L. Baily & Co. Inc.
P.O. Box 9501
Hoboken, NJ 07030-9501

Ronald Barfield
Adams Barfield & Dunaway
P.O. Box 671
Thomaston, GA 30286

Barloworld Handling LP (Wrenn)
P.O. Box 402473
Atlanta, GA 30284-2473

BASF Corp.
Dept. AT 40212
Atlanta, GA 31192-0212

Basic Chemical Solutions
P.O. Box 8538-272
Philadelphia, PA 19171-0272

Johnny L. Battle
401 Jones Avenue
Thomaston, GA 30286

Baton-Jackson Oil Co.
P.O. Box 84
Griffin, GA 30224

Bayer Corp.
P.O. Box 75662
Charlotte, NC 28275-5662

Bellwether Inc.
P.O. Box 505
Griffin, GA 30224

Bespoke Computers Ltd.
18636 Northline Dr.
Cornelius, NC 28031

Best Power Technology, Inc.
P.O. Box 277312
Atlanta, GA 30384-7312

Better Label and Products, Inc.
3333 Empire Boulevard, S.W.
Atlanta, GA 30354

Bibb Control Systems
2909 Lanier Heights Road
Macon, GA 31217

Big C Discount Drugs
301 N. Center Street
Thomaston, GA 30286

Blackman Uhler Chemical
P.O. Box 751864
Charlotte, NC 28275-1864

Blake and Pendleton, Inc.
P.O. Box 101187
Atlanta, GA 30392-1187

Blount's Sheet Metal
P.O. Box 164
Zebulon, GA 30295

Blue Ridge Textile Printers
2525 Northside Drive
Statesville, NC 28677

BOC Gases
P.O. Box 91450
Chicago, IL 60693-1450

Boehme Filatex, Inc.
209 Watlington Industrial Drive
Reidsville, NC 27320-8662

Boiler & Heat Exchange Sys. Inc.
P.O. Box 23566
Chattanooga, TN 37422

Bombay Courier Int. Air Exp.
65 West 37th Street
Suite 304
New York, NY 10018

Bond Textile Machinery, Inc.
304 E. Frontage Road
Greer, SC 29651

Russell H. Boston
P.O. Box 229
Macon, GA 31202-0229

Bowne of Atlanta, Inc.
P.O. Box 101691
Atlanta, GA 30392-1691

Alistair Boyd
Star Brewery
Castle Ditch Lane Lewes
East Sussex BN7 1YJ
United Kingdom

Boyt's Radio Svc.
2765 Woodland Road
Thomaston, GA 30286

Bullington Lift Trucks, Inc.
P.O. Box 763
Macon, GA 31298

Burlan Corp.
P.O. Box 890378
Charlotte, NC 28289-0378

Burlington Chemical Co.
P.O. Box 65817
Charlotte, NC 28265

Burns Int'l Security Svcs.
File # 99377
P.O. Box 1067
Charlotte, NC 28201-1067

Burns Repair Svc.
P.O. Box 37
Simpsonville, SC 29681

Buzzell, Graham & Welsh LLP
For: Nathaniel Montgomery
P.O. Box 1017
Macon, GA 31202-1017

Cady Industries (GA)
P.O. Box 932134
Atlanta, GA 31193-2134

Cahners Business Information
P.O. Box 2087
Carol Stream, IL 60132

Calcot, Ltd.
P.O. Box 65010
Charlotte, NC 28265

Cameo Fibers
1820 Evans Street, N.E.
Conover, NC 28613

Darlene Camp
386 Hunt Road
Thomaston, GA 30286

Carustar (Star Paper Tube)
Industrial & Consumer Products
P.O. Box 277321
Atlanta, GA 30384-7321

Carlton Bates Company
P.O. Box 846144
Dallas, TX 75284-6144

Carolina Handling Inc.
P.O. Box 890352
Charlotte, NC 28289-0352

Carolina Plating & Stamping Co.
1101 W. Blue Ridge Drive
Greenville, SC 29609-3350

Carquest Auto Parts
600 North Center Street
Thomaston, GA 30286

Cashier
Thomaston Mills, Inc.
Thomaston, GA 30286

CDS Ensembles, Inc.
P.O. Box 930
Greer, SC 29652

Keathley-Patterson Elec. CED
P.O. Box 15118
Little Rock, AR 72231-5118

Cellcom Paging
1127 Warm Springs Highway
Manchester, GA 31816

Central Ga. Propane
P.O. Box 1154
Thomaston, GA 30286

Central Supply (SC)
P.O. Box 188
Andrew Road
Fountain Inn, SC 29644

Central Supply Co. - Thomaston
P.O. Box 428
Thomaston, GA 30286

Central Transport
P.O. Box 7007
High Point, NC 27264

Centrifugal Svcs., Inc.
120 Bald Rock Road
Oxford, GA 30054

Chandlers Reed Hooks
P.O. Box 129
Williamston, SC 29697

Chapter 13 Trustee
Middle District of Georgia
Camille Hope
P.O. Box 954
Macon, GA 31202-0954

Chapter 13 Trustee
100 Peachtree Street, N.W.
Equitable Bldg. - Ste. 1150
Atlanta, GA 30303

Chapter 13 Trustee
P.O. Box 1907
Columbus, GA 31902-1907

Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173

Mrs. Lucinda Character, Guardian
for Adam Kovax Collier and
Alex Kentrell Collier
300 Jones Avenue
Thomaston, GA 30286

Charter Communications
310 South Center
Thomaston, GA 30286

Tony Chastain
Thomaston, GA 30286

Chemical Products Corp.
P.O. Box 101486
Atlanta, GA 30392

Cherokee Pharmacy
200 Cherokee Road
Thomaston, GA 30286

Child Support Enforcement
Family Support Registry
P.O. Box 105730
Atlanta, GA 30348-5730

Cht. R. Beitlich Co. (Catawba)
P.O. Box 240497
5046 Old Pineville Road
Charlotte, NC 28224

CIBA Specialty Chemicals
P.O. Box 2372
Carol Stream, IL 60132-2372

City of Thomaston
P.O. Box 672
Thomaston, GA 30286

Claremont Furniture Supply, Inc.
P.O. Box 928
Claremont, NC 28610

Clariant Corp. - NC
3597 Collection Center Drive
Chicago, IL 60693

Clarklift Material Handling
4010-475 Industrial Boulevard
Macon, GA 31210

CMI Industries, Inc.
P.O. Box 531286
Atlanta, GA 30353-1286

J. M. Clayton Co.
1874 Piedmont Road, N.E.
Suite 460-D
Atlanta, GA 30324

CNA Insurance - Marietta
Robert P. McDavid
Credit Insurance Division
1950 Spectrum Circle, Ste. A-405
Marietta, GA 30067

Credit Ins. Div. CNA Insurance
Attn: Robert P. McDavid
1950 Spectrum Circle
Suite A-405
Marietta, GA 30067

Coast to Coast Home & Auto
203 E. Main Street
Thomaston, GA 30286

Coats North America
P.O. Box 60124
Charlotte, NC 28260

Cognis Corp.
P.O. Box 751276
Charlotte, NC 28275-1276

Commercial Receivers, Inc.
P.O. Box 3180
Glen Allen, VA 23058-3180

Commercial Union
Attn: Patti O'Toole
108 Myrtle Street
N. Quincy, MA 02171

The Concrete Co.
P.O. Box 7877
Columbus, GA 31908-7877

Connectivity System
Department L-2366
P.O. Box 600001
Columbus, OH 43260-2366

Consolidated Freightways
P.O. Box 740715
Atlanta, GA 30374-0715

Constangy Brooks & Smith LLC
P.O. Box 102476
68 Annex
Atlanta, GA 30368-0476

Control Dynamics, Inc.
Oakbrook Technology Center
5555 Oakbrook parkway
Suite 430
Norcross, GA 30093

Control Specialties, Inc.
2503 Monroe Drive
Gainesville, GA 30507

Cooper Turbo Compressors
P.O. Box 70098
Chicago, IL 60673-0098

Copac, Inc.
P.O. Box 30248
Charlotte, NC 28230

Jackie Corley
466 Vega Road
Meansville, GA 30256

Cote Color Corp.
P.O. Box 3584
Spartanburg, SC 29304

Credit Risk Monitor
110 Jericho Turnpike
Suite 202
Floral Park, NY 11001

Creoscitex America, Inc.
Attn: Credit Department
P.O. Box 5-0615
Woburn, MA 01815

Crest Art Inc. - Binders
4565 Winters chapel Road
Atlanta, GA 30360-2705

Cronatron Welding Systems, Inc.
135 S. LaSalle Street
Dept. 5203
Chicago, IL 60674-5203

Crown Lift Trucks
Crown Equipment Corp.
P.O. Box 641173
Cincinnati, OH 45264-1173

CTMI
Cantrell Machinery
P.O. Box 6431
Spartanburg, SC 29304

Datacolor International
P.O. Box 751315
Charlotte, NC 28275

Dataware, Inc.
1728 Sands Place
Marietta, GA 30067

Davidoff & Malito LLP
605 Third Avenue
New York, NY 10158

Archie H. Davis
c/o The Savannah Bank
P.O. Box 188
Savannah, GA 31402-0188

H. Stewart Davis
585 Peachbelt Road
Thomaston, GA 30286

Stewart Davis
Thomaston, GA 30286

Day International, Inc.
Textile Products
P.O. Box 642491
Pittsburgh, PA 15264-2491

Dayton's - Marshall Field's & Hudson
Attn: Kevin Scott
P.O. Box 1321
Minneapolis, MN 55440-1321

Dexter Chemical LLP Corp.
P.O. Box 10280
Newark, NJ 07193-0280

C. C. Dickson, Inc.
P.O. Box 36777
Charlotte, NC 28236

Discwax Corp.
P.O. Box 430
Stanley, NC 28164

Diversified Systems, Inc.
P.O. Box 31229
Greenville, SC 29608-4229

Diversitex, Inc.
P.O. Box 6185
West Caldwell, NJ 07007

Grace Duque Dizon, M.D.
P.O. Box 6478
Macon, GA 31208

Dixie Mechanical
6161 Hawkinsville Road
Macon, GA 31216

The Dobbins Company
c/o Mr. Walter Dobbins
P.O. Box 20001, Station N
Atlanta, GA 30325

Docuswatch, Inc.
P.O. Box 900
Hampton, NH 03842

Dollinger Corp.
P.O. Box 98590
Chicago, IL 60693

Duke's Tech Svc.
214 Woodfield Circle
LaGrange, GA 30240

Dun & Bradstreet
75 Remittance Drive
Suite 1793
Chicago, IL 60675-1793

Dunavant Enterprises, Inc.
P.O. Box 443
Memphis, TN 38101

Dunavant of California
8225 N. Fresno Street
Fresno, CA 93722

Dunlap Industries, Inc.
P.O. Box 440032
Nashville, TN 37244-0032

Dunlap Sales, Inc.
P.O. Box 751
Hopkinsville, KY 42241-0751

Dunn Manufacturing Corporation
c/o Bank One 751138
Charlotte, NC 28275

Dystar L.P.
Dept. AT 40075
Atlanta, GA 31192

E. J. Hauling
186 McDaniel Drive
The Rock, GA 30285

John Eastman
512 Isle of Pines
Mooresville, NC 28117

Eagle Global Logistics
P.O. Box 844650
Dallas, TX 75284-4650

ECC Card Clothing, Inc.
Formerly (Ashworth Card, Inc.)
P.O. Box 751446
Charlotte, NC 28275-1446

Economy Supply Co.
P.O. Box 1168
Thomaston, GA 30286

Edda Textile Machine
P.O. Box 65
Taylors, SC 29687-0065

John Edwards Co., Inc.
P.O. Box 118
Indian Trail, NC 28079

Elbit Vision Systems Ltd.
8100-I Arrowridge Boulevard
Charlotte, NC 28273

Electric City Printing Co.
P.O. Box 1920
Anderson, SC 29622

Electric Systems, Inc.
An NSC Group Co.
P.O. Box 25408
1919 Polymer Drive
Chattanooga, TN 37422-5408

Elevator Svc. Co.
1807 First Avenue
Columbus, GA 31901

Mr. or Mrs. Eldo Ellerbee
United Bank
P.O. Box 551
Thomaston, GA 30286

Ellingtons Exxon
P.O. Box 464
Thomaston, GA 30286

Elliott Metal Works
P.O. 2341
Anderson, SC 29622

Ellis Bros. Sheet Metal
1441 Barnesville Road
Griffin, GA 30224

Eltex of Sweden, Inc.
P.O. Box 868
Greer, SC 29652-0868

English American Import Export Co.
Department #GA-00123
P.O. Box 530103
Atlanta, GA 30353-0103

Environmental Resource Associates
5540 Marshall Street
Arvada, CO 80002

Environmental Cleanup Systems
P.O. Box 2234
Lee's Summit, MO 64063

EPLUS Group, Inc.
P.O. Box 8500-5270
Philadelphia, PA 19178-5270

Equifax City Directory
P.O. Box 77709
Detroit, MI 48277-0709

ERM-Southeast, Inc.
7106 Crossroads Boulevard
Suite 228
Brentwood, TN 37027

Estes Express Lines
P.O. Box 25612
Richmond, VA 23260

ESYNC International
P.O. Box 931600
Cleveland, OH 44193

Euler A C I
American Credit Indemnity
100 E. Pratt Street
Baltimore, MD 21202-1008

Excellence in Distributing
1111 Alderman Drive
Suite 450
Alpharetta, GA 30005-4143

Expanets
P.O. Box 26231
New York, NY 10087-6231

Factory Automation Systems
P.O. Box 16985
Atlanta, GA 30321

Fayette County Propane #3373
P.O. Box 431
Fayetteville, GA 30214-0431

Federal Express Corp.
P.O. Box 1140 - Dept. A
Memphis, TN 38101-1140

Federal Reserve Bank
c/o National Bond & Trust, Inc.
ID: TMILLS
P.O. Box 1558
Crown Point, IN 46308

Fisher Scientific
Acct. # 829042-001
Dept. CH10119
Palatine, IL 60055-0119

Five Star Food Service, Inc.
1721 Highway 16 West
Griffin, GA 30223

Flex-Ran Industries
P.O. Box 122
Gastonia, NC 28053

Fife Corp.
P.O. Box 78536
Milwaukee, WI 53278-0536

Filtration Technology, Inc.
P.O. Box 4714
Greensboro, NC 27404

First Union Bank
First Union Plaza
P.O. Box 740074
Atlanta, GA 30374

First Union National Bank
Corporate Trust Department
Finance Group - NC 1196
1525 West W.T. Harris Blvd. 3C3
Charlotte, NC 28288

Flint River Technical College
1533 U.S. Highway 19 South
Thomaston, GA 30286

Flo Control, Inc.
80 Center Road
Cartersville, GA 30120

Flo Products, Inc.
P.O. Box 19772
Greensboro, NC 27419-9772

The Frick Co.
P.O. Box 958078
St. Louis, MO 63195-8078

Frontier Jet Spinning
1823 Boone Trail Road
Sanford, NC 27330

H. B. Fuller Co.
P.O. Box 905326
Charlotte, NC 28290-5326

G E Capital
P.O. Box 740441
Atlanta, GA 30374-0441

G & P Trucking Co., Inc.
P.O. Box 651427
Charlotte, NC 28265-1427

Gaines Motor Lines, Inc.
P.O. Box 1549
Hickory, NC 28601

Gary's Auto Service
520 N. Center Street
Thomaston, GA 30286

Gastex (Reed Chatwood)
P.O. Box 890138
Charlotte, NC 28289-0138

General Chemical Corp.
P.O. Box 198109
Atlanta, GA 30384

General Paper Good
P.O. Box 530111
Atlanta, GA 30353-0111

General Steel Co.
P.O. Box 1503
Macon, GA 31202-1503

Georgia Automation
440 Gees Mill Bus. Ct.
Conyers, GA 30013

Georgia Department of Revenue
Bankruptcy Unit
P.O. Box 38143
Atlanta, GA 30334

Georgia Natural Gas
P.O. Box 740544
Atlanta, GA 30374-0544

Georgia Pain Institute LLC
P.O. Box 13474
Macon, GA 31208-1374

Georgia Power Co.
96 Annex
Atlanta, GA 30396-0001

Georgia Steel Supply Co.
P.O. Box 93786
Atlanta, GA 30377

GHM Industries
Presidential Financial Corp.
Caller Service # 105100
Tucker, GA 30085-5100

Gibbs Wire & Steel Co., Inc.
P.O. Box 30075
Hartford, CT 06150

Gilbert Oil Co.
403 Barnesville Street
Thomaston, GA 30286

Global Credit Services
545 Madison Avenue
New York, NY 10022

Goldner Sommers Scrudder & Bass
900 Circle 75 Parkway, N.W.
Ste. 850
Atlanta, GA 30339

B.F. Goodrich Performance Materials
P.O. Box 73605-N
Cleveland, OH 44193-0941

W. W. Grainger, Inc.
Dept. 051-800504664
Palatine, IL 60038-0001

Greenwood Mills, Inc. - NC
P.O. Box 75285
Charlotte, NC 28275-0285

Gribetz International
Sawgrass Int'l Corp. PK
13800 N.W. 4th Street
Sunrise, FL 33325

Griffin Daily News
P. O. Drawer M
Griffin, GA 30224

Ira L. Griffin Sons, Inc.
P.O. Box 60323
Charlotte, NC 28260

Grob Corp.
P.O. Box 65326
Charlotte, NC 28265

Guider Specialty Co.
One Corporate Drive (Rear)
North Haven, CT 06473

Hamrick Mills
P.O. Box 75614
Charlotte, NC 28275-0614

Hanes Converting Co.
P.O. Box 60984
Charlotte, NC 28260

Diane Harrison
c/o The Studio Oak Hollow Farm
Prestbury Road
Wilmslow, Cheshire SK9 2LL
United Kingdom

Harvard Maintenance
570 Seventh Avenue
New York, NY 10018

Heartland Express
2777 Heartland Drive
Coralville, IA 52241

Henderson Sewing Machine
P.O. Box 967
Andalusia, AL 36420

High Point Chemical Corp.
P.O. Box 402018
Atlanta, GA 30384-2018

George Hightower, Jr.
Thomaston, GA 30286

Neil H. Hightower, Sr.
555 Peachbelt Road
Thomaston, GA 30286-4084

George Hightower, Sr.
Thomaston, GA 30286

Neil Hightower
Thomaston, GA 30286

Hill Mfg. Co.
1500 Jonesboro Road, S.E.
Atlanta, GA 30315

Hohenberg Bros. Co.
P.O. Box 3000
Cordova, TN 38018

John D. Hollingsworth
On Wheels, Inc.
P.O. Box 60949
Charlotte, NC 28260

W. T. Hollis Co.
P.O. Box 457
LaGrange, GA 30241

Hometown Printers, Inc.
P.O. Box 532
Thomaston, GA 30286

Horizon Tank Lines
P.O. Box 2857
Durham, NC 27715

The Hughston Clinic
P.O. Box 2445, Dept. 9040
Columbus, GA 31902-2445

J.B. Hunt
P.O. Box 1067
File 98545
Charlotte, NC 28201-1067

Hurley & Harrison, Inc.
P.O. Box 705
Columbia, SC 29202-0705

HVAC Parts & Supply
2677 Buford Highway, N.E.
Atlanta, GA 30324-3239

Hygafem-Georgia, Inc.
906 Interstate Ridge Drive
Suite A
Gainesville, GA 30501

I B M Corp.
P.O. Box 105063
Atlanta, GA 30348

I R A Keogh Svcs. Co.
2000 S. Logan Street
Denver, CO 80210

Icefield Pumice, Inc.
3040-E Business Park Drive, N.E.
Norcross, GA 30071

IH Services, Inc.
P.O. Box 601178
Charlotte, NC 28260-1178

IKON Office Solutions
Southern District
P.O. Box 905672
Charlotte, NC 28290-5672

IMS Group (Cleveland Electric)
P.O. Box 530664
Atlanta, GA 30353-0664

Industrial Chemicals, Inc.
P.O. Box 660688
Birmingham, AL 35266-0688

Industrial Distribution Group
Formerly Dixie Industrial
P.O. Box 905477
Charlotte, NC 28290-5477

Industrial Fastening Supplies
P.O. Box 3607
Macon, GA 31205-3607

Industrial Repair Svc.
2650 Business Drive
Cumming, GA 30040

Inman Mills
Attn: Jimmy Pace
300 Park Road
Inman, SC 29349

Inman Mills, Inc. Nationsbanc
1133 Avenue of the Americas
New York, NY 10036

Instrument Support Equip., Inc.
P.O. Box 81729
Chamblee, GA 30366

Integrity Textiles
P.O. Box 405
Bensalem, PA 19020

Internal Revenue Service
Atlanta Service Center
P.O. Box 48-111
Doraville, GA 30362

Internal Revenue Service
Bankruptcy Unit, Room 1640
Stop 334-D
P.O. Box 995
Atlanta, GA 30370

Internat'l Textile Machinery Sales, Inc.
P.O. Box 703
King Mountain, NC 28086

International Paper
P.O. Box 905251
Charlotte, NC 28290-5251

International Source Index
P.O. Box 634
Williamsville, NY 14231-0634

Interstate Distribution Svc., Inc.
P.O. Box 1765
Albany, GA 31702

Interstate Distribution Svcs.
P.O. Box 1765
Albany, GA 31702

Intralin Corp.
P.O. Box 18249
Baltimore, MD 21227

IOS Capital
P.O. Box 740540
Atlanta, GA 30374-0540

Irahim Abuusba
Al-Rahma Wholesale
Pandre Colon 209
Rio Piedras, PR 00925

Iron Age Protective Co.
Attn: Ms. Danette Buchanan
P.O. Box 1449
Pittsburgh, PA 15230-1449

Ivan Allen Co. ***DO NOT USE***
P.O. Box 1712
Atlanta, GA 30301

Jefferson Smurfit Corporation
P.O. Box 18265
St. Louis, MO 63150-8265

Jenkins Metal Corp.
P.O. Box 2089
Gastonia, NC 28053

Jensen USA, Inc.
P.O. Box 8500-41890
Philadelphia, PA 19178-8500

Jevic Transportation, Inc.
P.O. Box 23194
Newark, NJ 07189

JII-SPA, Inc.
P.O. Box 75537
Chicago, IL 60675-5537

Johnson Battery Co., Inc.
2186 Sylvan Road
East Point, GA 30344

Arthur R. Johnson Co., Inc.
P.O. Box 320205
Brooklyn, NY 11232

Johnston Industries
Greige Fabrics Division
P.O. Box 2153
Department #3269
Birmingham, AL 35287

Judson Cutlery Co., Inc.
P.O. Box 417
Holbrook, NY 11741-0417

Karten-Bermaha Textile Co., LLC
775 Washington Avenue
Carlstadt, NJ 07072

Kendrick Sanitation Service
2616 Waymanville Road
Thomaston, GA 30286

Leadtec Systems, Inc.
6800 Owensmouth Avenue, Suite 320
Canoga Park, CA 91303-2091

Life of South Insurance Co.
P.O. Box 45237
Jacksonville, FL 32232-5237

Linq Spiral Tubing Division
Hwy. 72 East
Lumberton, NC 28359

Little Garden Center
609 Short E Street
Thomaston, GA 30286

Livingston & Haven, Inc.
P.O. Box 65272
Charlotte, NC 28265

Lube U S A, Inc.
781 Conagree Road
Greenville, SC 29607

Kent's Glass & Upholstery
530 N. Center Street
Thomaston, GA 30286

Kluber Lubrication N. American
P.O. Box 188
Lawrence, MA 01842

Kor-It, Inc.
P.O. Box 667
Campbell, CA 95009-0667

KOSA
P.O. Box 651490
Charlotte, NC 28265-1490

R. L. Kunz, Inc.
P.O. Box 5875
Greenville, SC 29606

Lang Ligon & Co., Inc.
P.O. Box 5578 - Sta. B
Greenville, SC 29606

Langer Transport, Corp.
P.O. Box 23211
Newark, NJ 07189

LXE, Inc.
P.O. Box 102129
Atlanta, GA 30368-0129

M & M Chemical & Equipment Co.
P.O. Box 75928
Charlotte, NC 28275-0928

M & M Office Product Supply
P.O. Box 144
509 Hwy. 19 South
Zebulon, GA 30295

M & M Steel Drum Co.,
P.O. Box 75928
Charlotte, NC 28275-0928

M & R Transport
P.O. Box 71073
Albany, GA 31708-1073

Macon Iron
P.O. Box 506
Macon, GA 31202-0506

Upson Magistrate Court
P.O. Box 890
Thomaston, GA 30286

Mahlo America, Inc.
P.O. Box 2825
Spartanburg, SC 29304

Mark VII Transportation Co., Inc.
P.O. Box 844711
Dallas, TX 75284-4711

Marshall & Williams
P.O. Box 17268
Greenville, SC 29606

Matlock Systems, Inc.
P.O. Box 7777W-3800
Philadelphia, PA 19175

J. Mauney, Inc.
P.O. Box 12783
Gastonia, NC 28052

Maxwell Cotton Co. Charlotte
P.O. Box 2121
Memphis, TN 38159

Mayer Electric Financial Corp.
P.O. Box 1328
Birmingham, AL 35201-1328

MCM Electronics
405 South Pioneer Boulevard
Springboro, OH 45066-3001

McMaster Carr Supply
P.O. Box 7690
Chicago, IL 60680-7690

Meets Land Clearing & Grading
1393 Atwater Road
Thomaston, GA 30286

Menzel, Inc.
P.O. Drawer 3308
Spartanburg, SC 29304

Metropolitan Life Insurance Co.
Reference: Acct. #103575
Dept. CH 10579
Palatine, IL 60055-0579

Mettler-Toledo, Inc.
L-1210
Columbus, OH 43260

Micro Warehouse
7077 Collection Center Drive
Chicago, IL 60693-7077

Mid-Ga Tractor Co.
P.O. Box F
1024 Hwy. 341 South
Barnesville, GA 30204

Mid-Mechanicals, Inc.
P.O. Box 870
Senoia, GA 30276

Middle Ga. Carpet & Interiors
P.O. Box 884
Thomaston, GA 30286

Midwest Micro
P.O. Box 189
Fletcher, OH 45326-0189

Miles & Stockbridge PC (Kerkam)
1751 Pinnacle Drive - Suite 500
McLean, VA 22102-3833

Millipore
1135 S. LaSalle Dept. 2736
Chicago, IL 60674-2736

Minick's Signs
644 Dripping Rock Road
Molena, GA 30258

Momar, Inc.
Drawer CS 100465
Atlanta, GA 30384-0465

The Montgomery Co.
P.O. Box 707
Opelika, AL 36801

Nathaniel Montgomery
P.O. Box 846
Reynolds, GA 31076

D. A. Moore Corp.
P.O. Box 1150
Concord, NC 28026

Efirm C. Moore, MD
1320 Oakside Drive, Suite 203
Canton, GA 30014

Moreland Merrow Co., Inc.
P.O. Box 968
Moultrie, GA 31776

Morris Anderson & Associates
1111 East Touhy Avenue, Suite 286
Des Plaines, IL 60018

Morrison Berkshire, Inc.
P.O. Box 100795
Atlanta, GA 30384-0795

Morrison Textile Mach.
P.O. Box 651404
Charlotte, NC 28265-1404

Motion Industries, Inc.
P.O. Box 3545
Macon, GA 31205-3545

Mouat Co.
P.O. Box 100759
Birmingham, AL 35210

MS Carriers
P.O. Box 840532
Dallas, TX 75284-0532

Mt. Vernon Mills
P.O. Box 102874
Atlanta, GA 30368-2874

Mt. Vernon Mills
P.O. Box 101732
Atlanta, GA 30392-1732

Multiton MIC Corporation
5701 Eastport Boulevard
Richmond, VA 23231

Munters Moisture Control
P.O. Box 7247-7906
Philadelphia, PA 19170-7906

Murata of America, Inc.
P.O. Box 75091
Charlotte, NC 28275

Nalco Chemical Company
P.O. Box 640863
Pittsburgh, PA 15264-0863

Nedgraphics
104 West 40th Street, 12th Floor
New York, NY 10018

Nemrodtex Ltd.
19 Shmotkin Street
Rishon Lezion 75363
Israel

Network Solutions, Inc.
P.O. Box 17305
Baltimore, MD 21297-0525

New Deal Tire & Auto Sales
310 Hightower Street
Thomaston, GA 30286

Newark Electronics
P.O. Box 94151
Palatine, IL 60094-4151

Newnan Salvage Co.
P.O. Box 247
Newnan, GA 30264

Norfolk Southern
P.O. Box 945503
Atlanta, GA 30394-5503

Norfolk Southern Corp.
P.O. Box 277531
Atlanta, GA 30384-7531

North Carolina Support
Centralized Collections
P.O. Box 900012
Raleigh, NC 27675-9012

Occidental Chemical Corp.
P.O. Box 651172
Charlotte, NC 28265-1172

Odd Jobs Mower Svc.
158 Ben Hill Road
Thomaston, GA 30286

Olin Chlor Alkali Products
P.O. Box 945629
Atlanta, GA 30394-5629

Omega Engineering, Inc.
P.O. Box 740496
Atlanta, GA 30374-0496

Omnova Solutions, Inc.
Department AT 40028
Atlanta, GA 31192-0028

Mr. William Ott
101 Surrey Lane
Macon, GA 31208

One Call Medical, Inc.
P.O. Box 34284
Newark, NJ 07189-0284

Overnite Transportation Co.
P.O. Box 79755
Baltimore, MD 21279-0755

Oxygen Service Co.
P.O. Box 3489
Macon, GA 31205

P R Newswire, Inc.
G P O Box 5897
New York, NY 10087-5897

P S P Marketing, Inc.
P.O. Box 669145
Charlotte, NC 28266

Pacific Investment Services
P.O. Box 5849
Kent, WA 98064

Paga Chemicals, Inc.
P.O. Box 52
Cumming, GA 30128

Pageland Screen Printers, Inc.
P.O. Box 601187
Charlotte, NC 28260-1187

Pak & Associates
10 Bellamy Place
Stockbridge, GA 30281

Palattex Ltd.
31 East 32nd Street - 7th Floor
New York, NY 10016

Palmetto Loom Reed Co.
P.O. Box 8517
Greenville, SC 29604

Pameco Corp.
Dept. 77102
P.O. Box 77000
Detroit, MI 48277-0102

The Pannier Corp.
207 Sandusky Street
Pittsburgh, PA 15212-5823

Paragon Plastics, Inc.
P.O. Box 65704
Charlotte, NC 28265

Parkdale -1st Factors Gecapita
P.O. Box 60500
Charlotte, NC 28260

Patrick, C. H. & Company
P.O. Box 37981
Charlotte, NC 28237-7981

Patton's, Inc.
6709 Tribble Street
Lithonia, GA 30058

Peden Textile Equipment Co.
P.O. Box 16239
Greenville, SC 29606

Perkin Elmer LLC
P.O. Box 101668
Atlanta, GA 30392-1668

Phenix Supply Co.
P.O. Box 360574
Decatur, GA 30036-0574

Phoenix Automation, Inc.
P.O. Box 649
Norcross, GA 30091

Piedmont Chemical
P.O. Box 2718
High Point, NC 27261

Piedmont Mechanical, Inc.
P.O. Box 4925
Spartanburg, SC 29305

Piggly Wiggly
Store #415
217 E. Main Street
Thomaston, GA 30286

Pitney Bowes Credit Corp. - Ky
P.O. Box 856460
Louisville, KY 40285-5460

Pitney Bowes, Inc. - Facs Div.
Facsimile Division
P.O. Box 856210
Louisville, KY 40285-6210

Pitts Pest Control
P.O. Box 328
Thomaston, GA 30286

Platt Saco Lowell Corp.
P.O. Box 60951
Charlotte, NC 28260

PLT Services
Rt 2 - Box 105
Butler, GA 31006

Pneumafil Corp.
P.O. Box 65714
Charlotte, NC 28265

Kenneth C. Pollock, Esq. and
Reference: Glenda Stephens
1401 Peachtree Street, N.E.
Suite 500
Atlanta, Georgia 30309-3034

Polymer Separations, Inc.
P.O. Box 6449
Marietta, GA 30065

Power Systems, Inc.
805 McFarland Road
Alpharetta, GA 30201

Powerware
P.O. Box 93810
Chicago, IL 60673-3810

Precision Machine Products
P.O. Box 1576
Gastonia, NC 28053-1576

Preferred Packaging
785 Cedar Drive W.
Hamilton, GA 31811

Premier Colors, Inc.
100 Industrial Drive
Union, SC 29379

Premier Quilting
720 West Industrial Drive
Oxford, NC 27565

Prime Products, Inc.
2730 Clark Road
Boiling Springs, SC 29316

Prime Rt Premium Finance Corp.
P.O. Box 100507
Florence, SC 29501-0507

Prints Unlimited
Ref: Lhopital-Abblard Dressins
P.O. Box 3254
Princeton, NJ 08543

Process Chemicals, LLC
Formerly Phil-Chem, Inc.
P.O. Box 198902
Atlanta, GA 30384-8902

Process Supplies and Access
Dept. 8028
Knoxville, TN 37995-8028

Progressive Textiles
4367 Dallas-Cherryville Hwy.
Bessemer City, NC 28016

Provident Life Insurance
Attn: Stephanie Bingham
Voluntary Benefits II North
Union Provident 1 Fountain Sq.
Chattanooga, TN 37402

Protective Life Insurance Co.
Attn: Leigh Ann Gaither
P.O. Box 11407
Drawer 0659
Birmingham, AL 35246-0659

Pumping Systems, Inc.
1100 Vijay Drive
Atlanta, GA 30341

Pye Barker Fire Protection
P.O. Box 957389
Duluth, GA 30095-7389

Pye Barker Supply Co.
P.O. Box 100379
Atlanta, GA 30384

QRS Corporation
Dept. 05039
P.O. Box 39000
San Francisco, CA 94139-5039

Quality Power Concepts
1003 Weatherstone Parkway
Suite #340
Woodstock, GA 30188

Quality Tape and Label Co.
3515 N. Cooper Lake Road
Smyrna, GA 30080

R & L Carriers
P.O. Box 713153
Columbus, OH 43271-3153

Radio Shack - Northside Drugs
1109 Hwy. 19 N
Thomaston, GA 30286

Rail Van Global Logistics
P.O. Box 71-1805
Columbus, OH 43271-1805

Railey's Rebuilding Svc.
286 Shaw Road
Thomaston, GA 30286

Rosser R. Raines
P.O. Box 1113
Highlands, NC 28741

Rapistan Systems
Mannesman Dematic Rapistan Co.
P.O. Box 905491
Charlotte, NC 28290-5491

Maria Raumberger
160 East 88th, Apt. 8E
New York, NY 10128

Reagents, Inc.
P.O. Box 240746
Charlotte, NC 28224

Reliance Electric
Drawer C S 198186
Atlanta, GA 30384-8186

Richloom Fabrics Group
261 Fifth Avenue
New York, NY 10016-7794

Rieter Corp.
P.O. Box 60449
Charlotte, NC 28260-0449

Loraine Rivers
213 Navado Court
Barnesville, GA 30204

Roadway Express, Inc.
P.O. Box 905587
Charlotte, NC 28290-5587

Rogers Cash & Carry Supply
P.O. Box 1026
Thomaston, GA 30286

Roland's Cleaning Service
P.O. Box 1221
Thomaston, GA 30286

Rotation Dynamics (Rotadyne)
135 South LaSalle, Dept. 2251
Chicago, IL 60674-2251

Rothtec Imaging Corp.
P.O. Box 50060
New Bedford, MA 02745

S D I Bermuda Limited
P.O. Box 1410
Hamilton HM FX
Bermuda

Saia Motor Frt.
P.O. Box A, Station 1
Houma, LA 70363

Sally's
200 N. Hightower
Thomaston, GA 30286

San Diego County
Office of the District Attorney
P.O. Box 122808
San Diego, CA 92112-2808

L. F. Sanders Electrical Co.
400 North Church Street
Thomaston, GA 30286

Sansara International, Inc.
P.O. Box 8159
Spartanburg, SC 29305

Satterfield, Inc.
P.O. Box 1747
Alexander City, AL 35011

Scale Systems, Inc.
P.O. Box 116733
Atlanta, GA 30368-6733

Schenkers Intl., Inc.
P.O. Box 7247-7623
Philadelphia, PA 19170-7623

Schlafhorst, Inc.
P.O. Box 281209
Atlanta, GA 30384-1209

Schneider National
P.O. Box 99419
Chicago, IL 60693

Selig Chemical Industries
P.O. Box 43106
Atlanta, GA 30378

Service Thread
4425-312 Randolph Road
Charlotte, NC 28211

Seton Name Plate Co.
P.O. Box 95904
Chicago, IL 60694-5904

Sew Simple Systems, Inc.
P.O. Box 68 - Hwy. 418
Fountain Inn, SC 29644

Sewell Supply co.
P.O. Box 1026
Villa Rica, GA 30180-1026

Seydel Woolley & Co.
P.O. Box 930468
Atlanta, GA 31193

Seigling America, Inc.
P.O. Box 60943
Charlotte, NC 28260

Simplex Time Recorder
Dept. CH 10320
Palatine, IL 60055-0320

Sims Machinery Co., Inc.
P.O. Box 446
Lanett, AL 36863

Debra Arlene Sims
69 Emory Chapel Road
Thomaston, GA 30286

Singer Industrial Sewing
P.O. Box 7017
1224 Heil Quaker Boulevard
Lavergne, TN 37086

Skytel
P.O. Box 740577
Atlanta, GA 30374-0577

Smith Gray Electric
P.O. Box 1379
Columbus, GA 31902

M. Lee Smith Publishers LLC
P.O. Box 5094
Brentwood, TN 37024-5094

Sobel Westex, Inc.
2670 S. Western Avenue
Las Vegas, NV 89109

Sonny's Ice, Inc.
P.O. Box 254
Concord, GA 30206

Southeast Oil & Grease Co., Inc.
P.O. Box 4897
Albany, GA 31706

Southeastern Freight Lines
P.O. Box 100104
Columbia, SC 29202-3104

Southern Rewinding & Sales, Inc.
P.O. Box 398
Fortson, GA 31808-0398

Southern Therapy LaGrange
1805 Vernon Road, Suite A
LaGrange, GA 30240

Spartan Mills, Inc.
P.O. Box 75542
Charlotte, NC 28275-5542

Specialty Yarns & Threads Corp.
P.O. Box 38483
Greensboro, NC 27438

Spectape of Atlanta
1661 Roadhaven Drive
Stone Mountain, GA 30083

Speedi Lube, Inc.
219 North Church Street
Thomaston, GA 30286

Spirit Services Co. (Flint)
P.O. Box 507
Albany, GA 31702

Rich Sperber
20724 Clarendon
Woodland Hills, CA 91367

Springfield Co., Inc.
P.O. Box 3654
Greenville, SC 29608

SPS Commerce, Inc.
1450 Energy Park Drive, Ste. 127
St. Paul, MN 55108

SPW Industries, Inc.
1880 Joy Lake Road
Lake City, GA 30260

Standard Register - NC
P.O. Box 75884
Charlotte, NC 28275

Staples Business Advantage
Dept. ATL
P.O. Box 530621
Atlanta, GA 30353

Staples Business Advantage
Dept. ATL
P.O. Box 530621
Atlanta, GA 30353

Star Sports, Inc.
306 E. Main Street
Thomaston, GA 30286

State Disbursement Unit
P.O. Box 8000
Wheaton, IL 60189-8000

Staubli Corp.
P.O. Box 751607
Charlotte, NC 28275-1607

The Steed Co.
P.O. Box 769
Bowdon, GA 30108

Steel Heddle Mfg. Co.
P.O. Box 65874
Charlotte, NC 28265-0874

Glenda Stephens
1213 Shady Lane
Thomaston, GA 30286

Sterling Commerce, Inc. - CVG
Commerce Services Group
P.O. Box 73199
Chicago, IL 60673

Stevens Svcs.
125 Mill Race Road
Thomaston, GA 30286

Sterling Dev. & Eng. Corp.
P.O. Box 759
Toccoa, GA 30577

Stevens Tire Co.
P.O. Box 27
Thomaston, GA 30286

Darlene Stewart
P.O. Box 6082
Thomaston, GA 30286

Stockhausen, Inc.
P.O. Box 7247-7261
Philadelphia, PA 19170-7261

Stork Screens America, Inc.
c/o Wachovia Bank & Trust
Company Lockbox
P.O. Box 75029
Charlotte, NC 28275

Sulzer Textile, Inc.
P.O. Box 751685
Charlotte, NC 28275

SunBrand
P.O. Box 100310
Atlanta, GA 30384-0310

Sunsource - Stone Mountain
5390 East Ponce de Leon Avenue
Suite E
Stone Mountain, GA 30083

Super Transport, Inc.
P.O. 3054
Boca Raton, FL 33431-0954

Superior Engineering, Inc.
P.O. Box 547
Belton, SC 29627

Superior K-9 Service, Inc.
P.O. Box 247
Union City, GA 30291-0247

Symtech, Inc.
P.O. Box 751033
Charlotte, NC 28265-1459

Swerdlin & Company
5901 Peachtree Dunwoody Road
Building B, Suite 170
Atlanta, GA 30328

Syncsort
50 Tice Boulevard
Woodcliff Lake, NJ 07677

System ID Warehouse
1400 10th Street
Plano, TX 75074-8648

T B S Servistar Home Ctr.
P.O. Box 748
Thomaston, GA 30286

TA Attachments
P.O. Box 133
Fountain Inn, SC 29644

Talladega Machinery & Supply Co., Inc.
P.O. Box 736
Talladega, AL 35161

S. Tarabadkar, M.D.
P.O. Box 6478
Macon, GA 31208

Taylor County Drug, Inc.
P.O. Box 689, 100 Talbot Street
Reynold, GA 31076

Tatum Machinery Co.
1282 Old Fern Valley Road
Louisville, KY 40219

TCI Machinery, Inc.
P.O. Box 939
Gastonia, NC 28053-0939

Techtrol, Inc.
A Duke Energy Co.
P. O. Drawer 100353
Atlanta, GA 30384-0353

Bob Teeghman
404 E. Marshall Street
Arlington Heights, IL 60004

Teklogix
1810 Airport Exchange Boulevard
Suite 500
Erklanger, KY 41018

Tekmatex, Inc.
Dept. SP
P.O. Box 60591
Charlotte, NC 28260

Tennant
P.O. Box 71414
Chicago, IL 60694-1414

Tesco Supply Co., Inc.
P.O. Box 868
Thomaston, GA 30286

Texican Industrial Energy Marketing
100 Glenridge Point Pkwy., Suite 550
Atlanta, Georgia 30342

Tex-Mach, Inc.
P.O. Box 159
Mayo, SC 29368-0159

Texpa-America, Inc.
212 B Northeast Drive - SW Park
Spartanburg, SC 29303-4699

Texpar Energy
268 Industrial Boulevard
Bainbridge, GA 31717

Textile Marking, Inc.
P.O. Box 2174
Hickory, NC 28603

Textile Specialties, Inc.
P.O. Box 1414
Greenville, SC 29602

Thomas Scientific
Box 99
99 High Hill Road @ I-295
Swedesboro, NJ 08085-0099

Thomaston Anesthesia Assoc.
P.O. Box 1777
Moultrie, GA 31776

Thomaston Ford-Mercury
P.O. Box 1153
Thomaston, GA 30286

Thomaston Janitorial Service
1440 Hwy. 19 N.
Thomaston, GA 30286

Thomaston Mills, Inc.
Medical Benefits Trust
P.O. Box 115
Thomaston, GA 30286

Thomaston Paint & Hardware
P.O. Box 148
607 Short E Street
Thomaston, GA 30286

City of Thomaston
P.O. Box 672
Thomaston, GA 30286

Thompson Tractor Co., Inc.
P.O. Box 10367
Birmingham, AL 35202

Thrifty Nickel
8274 Tara Boulevard, Suite G
Jonesboro, GA 30236

TKG International Corp.
2631 Weaver Road
Macon, GA 31217

TNS Mills, Inc.
Attn: Ann Durham
856 South Pleasantburg Drive
Greenville, SC 29607

Towers Perrin
P.O. Box 8500, S-6110
Philadelphia, PA 19178

Toyo Cotton Co.
P.O. Box 740008
Dallas, TX 75374-0008

Trailer Bridge, Inc.
P.O. Box 861623
Orlando, FL 32886-1623

Tridelta Systems LLC
330 Great Southern Way
Abbeyville, AL 36310

Transcaribe Freight Corp.
P.O. Box 3679
Carolina, PR 00628-3679

Trizechaun
1065 Avenue of the Americas LLC
Church Street Station
P.O. Box 6105
New York, NY 10249-6105

TSI Solutions
2220 Centre Park Court
Stone Mountain, GA 30087

J. M. Tull Metals
P.O. Box 75621
Charlotte, NC 28275

Tyco Plastics
Dept. AT40355
Atlanta, GA 31192-0355

Tyco Valves & Controls LP
Dept. 40366
Atlanta, GA 31192-0366

Tyden Brammell
P.O. Box 79001
Detroit, MI 48279-1372

UKNY, Inc. Showroom
224 West 35th Street
Suite #406
New York, NY 10001

Unifi Factor - G E Capital
P.O. Box 19109
Greensboro, NC 27419-9109

United Parcel Service
P.O. Box 505820
The Lakes, NV 88905-5820

United States Attorney
P.O. Box 1702
Macon, GA 31202

Uniteq Application System
The LaSalle National Bank
135 South LaSalle Street
Department 1093
Chicago, IL 60674-1093

Universal Sewing Supply
1011 East Park Industrial Drive
St. Louis, MO 63130

Unz & Co.
700 Central Avenue
New Providence, NJ 07974

Frank J. Upchurch Co.
P.O. Box 890059
Charlotte, NC 28289-0059

Upson Alliance Warehouse
P.O. Box 644
Thomaston, GA 30286

Upson County Tax Commissioner
P.O. Box 409
Thomaston, GA 30286

Upson County Water System
P.O. Box 889
Thomaston, GA 30286

Upson Orthopaedic Clinic
612 West Gordon Street, Suite A
Thomaston, GA 30286

USF Dugan
P.O. Box 9448
Wichita, KS 67277-0448

Upson Regional Medical Center
P.O. Box 1059
Thomaston, GA 30286

Utica Mill Specialty Mch. Co.
561 Main Street
New York Mills
New York, NY 13417

Vallen Safety Supply Co.
P.O. Box 200097
Houston, TX 77216-0097

Vericode Systems, Inc.
6900 Main Street
Suite 200
Downers Grove, IL 60516

Vulcan Performance Chemicals
P.O. Box 945518
Atlanta, GA 30394-5518

Vopak USA, Inc.
P.O. Box 101-484
Atlanta, GA 30392-1484

Wachovia Bank Card Services
P.O. Box 105311
Atlanta, GA 30348

WAK Industries
7616 Frosch Road
Charlotte, NC 28208

Walthall Oil Co.
P.O. Box 1203
Macon, GA 31202-1203

Watkins Motor Lines
P.O. Box 59001
Lakeland, FL 33804-5001

Webbank
6440 S. Wasatach Boulevard
Suite 300
Salt Lake City, UT 84121

Weil Bros. Cotton Co.
4444 Park Blvd.
Montgomery, AL 36120

Weil Bros. - Cotton - Regions Bank
c/o Regions Bank Lockbox
P.O. Box 2153 - Dept. 3449
Birmingham, AL 35287-4960

Werner Mathis USA, Inc.
P.O. Box 1626
Concord, NC 28026-1626

West Atlantic Transportation
P.O. Box 167
Concord, NC 28026

Westvaco Corp.
Lockbox 102042
Atlanta, GA 30368-0042

WHS Sales Corp.
267 Fifth Avenue
New York, NY 10016

Willamette Industries, Inc.
Paper Group
P.O. Box 920034
Atlanta, GA 30392-0034

Williams & Canady
Designers and Printers
4360 San Carlos Drive
Macon, GA 31201

Margaret Williams
P.O. Box 363
Woodbury, GA 30293

Dr. Jerry Williamson
P.O. Box 478
Barnesville, GA 30204

Wilson Station
P.O. Box 771
Thomaston, GA 30286

Wind Tech International
5048 South York Road
Gastonia, NC 28052

Womble's Wrecker Svc.
Barnesville Hwy. 36 E
Thomaston, GA 30286

Woodbury Pharmacy
18126 Main Street
P.O. Box 609
Woodbury, GA 30293

Dom H. Wyant
3500 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3242

Xerox Corporation
P.O. Box 827598
Philadelphia, PA 19182-7598

XPEDX
P.O. Box 4407
Macon, GA 31208

Yellow Freight System
P.O. Box 195175
Charlotte, NC 28290

Yorkshire Americas, Inc.
P.O. Box 751201
Charlotte, NC 28275-1201

Zellweger Uster, Inc.
Attn: Accts. Rec.
P.O. Box 60100
Charlotte, NC 28260

Zenith Consulting, Inc.
2050 South Bundy Drive
Suite 285
Los Angeles, CA 90025

Zima Corp.
P.O. Box 6010
Spartanburg, SC 29304-6010