United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Charlie Jerome Frazier<br>5707 Sandy View Drive<br>Columbus, GA 31907 | Chapter 13<br><br>Case No. 14-40732-JTL |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $555.00 in unclaimed funds of Charlie Jerome Frazier and , debtor(s).

Last Known Address (Most recent listed left to right):

Charlie Jerome Frazier
5707 Sandy View Drive
Columbus, GA 31907

Dated: 5/22/2015

/s/ A. Kristin Hurst

A. Kristin Hurst. Trustee