United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Sheriann Mcghee<br>5641 Mill Branch Rd.<br>Columbus, GA 31907-4109 | Chapter 13<br><br>Case No. 10-40917-JTL |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $782.73 in unclaimed funds of Best Buy Auto Of Bainbridge, creditor.

Last Known Address (Most recent listed left to right):

Best Buy Auto Of Bainbridge
Po Box 7084
Bainbridge, GA 39818-7084


Dated: 5/22/2015

/s/ A. Kristin Hurst

A. Kristin Hurst, Trustee