## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Bobby L. Taylor<br>107 Meadow Rd NE<br>Milledgeville, GA  31061 | **CHAPTER 13**<br><br>**Case Number:** 10-52359-AEC<br><br>**ATTORNEY:**  SHARON R. JONES |

### TRANSMITTAL OF UNCLAIMED FUNDS

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $808.90 in unclaimed funds on behalf of the above-referenced debtor. The last known address for the creditor is as follows:

MCVI
575 FIRST ST
MACON, GA 31204


**DATED:** June 18, 2015

/s/ Camille Hope
**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**