**SO ORDERED.**

**SIGNED this 25 day of March, 2015.**



_James P. Smith_

**James P. Smith
Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In re: | : |
| | : BANKRUPTCY CASE |
| **THOMASTON MILLS INC.** | : |
| | : NO. 01-52544-JPS |
| | : |
| Debtor | : CHAPTER 7 |

### ORDER AUTHORIZING CLERK TO DEPOSIT UNCLAIMED FUNDS

The Chapter 7 Trustee having filed with the Court a Notice of Payment into Court alleging nonpayment of :

SEE EXHIBIT 'A'

in the above case, and it appearing that it is proper that the Clerk accept the sum of $92,472.29, pursuant to 11 U.S. C. §347(a) and Bankruptcy Rule 3011; it is therefore

ORDERED, ADJUDGED AND DECREED that the Clerk of Bankruptcy Court is hereby authorized to accept and deposit the sum of $42,049.77 into the unclaimed funds registry.

END OF DOCUMENT

**THIS DOCUMENT PREPARED BY:**
Walter W. Kelley
Chapter 7 Trustee
P.O. Box 70879
Albany, GA 31708
(229) 888-9128

Exhibit 'A'

| NAME | CHECK # | AMOUNT | CLAIM # |
|---|---|---|---|
| Cretia Kirby<br>C/O Don Snow<br>P.O. Box 12<br>Thomaston, GA 30286 | 5036 | $139.45 | 1038 |
| MSN – Decatur<br>c/o BRS INC.<br>P.O. Box 8489<br>Columbus, GA 31908 | 5039 | $342.84 | 1078 |
| Alisha Walker<br>c/o Lankenau & Miller<br>1740 Broadway<br>New York, NY 10019 | 5040 | $19.03 | 1084 |
| Edmond A. Gassett<br>c/o Lankenau & Miller<br>1740 Broadway<br>New York, NY 10019 | 5041 | $1,909.31 | 1270 |
| T.L. Carter<br>c/o Lankenau & Miller<br>1740 Broadway<br>New York, NY 10019 | 5042 | $68.87 | 1469 |
| Elton Baker<br>c/o Lankenau & Miller<br>1740 Broadway<br>New York, NY 10019 | 5043 | $16.91 | 1601 |
| Linda F. Bundy<br>c/o Lankenau & Miller<br>1740 Broadway<br>New York, NY 10019 | 5044 | $24.05 | 1641 |
| Bonnie Jean Reviere<br>c/o Lankenau & Miller<br>1740 Broadway<br>New York, NY 10019 | 5045 | $8.35 | 1707 |
| PRN Healthcare Vital Care<br>P.O. Box 5047<br>Meridian MS 39302 | 5050 | $1,653.39 | 1868 |
| Thomaston Surgical<br>612 West Gordon Street<br>Suite B<br>Thomaston, GA 30286 | 5055 | $11,482.56 | 1873 |
| Gambro Healthcare Inc.<br>Vanessa L. Weedman<br>P.O. Box 6015<br>Brentwood, TN | 5057 | $24,681.69 | 1875 |

| | | | |
|---|---|---|---|
| Gambro Healthcare Laboratory SVCS 1<br>P.O. Box 915056<br>Dallas, TX  75391 | 5058 | $1,478.83 | 1876 |
| North Atlanta Scan Assoc..<br>P.O. Box 101616<br>Atlanta, GA | 5067 | $224.49 | 1890 |
| | | $42,049.77 | |